IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD. & ROYALTY PHARMA COLLECTION TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>MYLAN INC. and MYLAN PHARMACEUTICALS INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 13-1605 (SLR)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER TO EXTEND TIME

The Parties hereby stipulate and agree, subject to the approval of the Court, to an extension of time for Plaintiffs Forest Laboratories, Inc., Forest Laboratories Holdings, Ltd. and Royalty Pharma Collection Trust to respond to the defendants' counterclaims to January 9, 2014.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
*/s/ Maryellen Noreika*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiffs*

POTTER ANDERSON & CORROON LLP
*/s/ Bindu A. Palapura*

Richard L. Horwitz (#2246)
David E. Moore (#3983)
Bindu A. Palapura (#5370)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Defendants*

December 30, 2013

SO ORDERED this _____ day of December, 2013.

_____
United States District Judge

7878719.2