## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD. and ROYALTY PHARMA COLLECTION TRUST, | ) ) ) |
| | ) |
| Plaintiffs, | )   C.A. No. 13-1605-SLR |
| | ) |
| v. | )   **JURY TRIAL DEMANDED** |
| | ) |
| MYLAN INC. and MYLAN PHARMACEUTICALS INC., | ) ) |
| | ) |
| Defendants. | ) |

### NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, attorney John W. Cox, Ph.D., formerly of Alston & Bird

LLP, One Atlantic Center, 1201 West Peachtree Street, Atlanta, GA 30309, hereby withdraws

his appearance as counsel for Defendants Mylan Inc. and Mylan Pharmaceuticals Inc.

("Defendants").  All other attorneys involved in the case from Alston & Bird LLP and Potter

Anderson & Corroon LLP continue to represent Defendants.

OF COUNSEL:

Deepro R. Mukerjee
Poopak (Paki) Banky, Ph.D.
ALSTON & BIRD LLP
90 Park Avenue
New York, NY  10016-1387
Tel:  (212) 210-9400

Bryan Skelton, Ph.D.
ALSTON & BIRD LLP
4721 Emperor Boulevard, Suite 400
Raleigh, NC  27703-8580
Tel:  (919) 862-2200


Dated:  January 2, 2014
1134791 / 40915

POTTER ANDERSON & CORROON LLP

By:   _/s/ David E. Moore_____
      Richard L. Horwitz (#2246)
      David E. Moore (#3983)
      Bindu A. Palapura (#5370)
      Hercules Plaza, 6th Floor
      1313 N. Market Street
      Wilmington, DE  19801
      Tel:  (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com
      bpalapura@potteranderson.com

*Attorneys for Defendants Mylan Inc. and*
*Mylan Pharmaceuticals Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on January 2, 2014, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on January 2, 2014, the attached document was electronically mailed to the following person(s):

Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnel LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899
jblumenfeld@mnat.com
rsmith@mnat.com
mnoreika@mnat.com

Charles E. Lipsey
Finnegan, Henderson, Farabow, Garrett &
Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190-5675
charles.lipsey@finnegan.com

Howard W. Levine
Sanya Sukduang
Courtney B. Casp
Jonathan R. Davies
Cora R. Holt
Finnegan, Henderson, Farabow, Garrett
& Dunner, LLP
901 New York Avenue, NW
Washington, DC  20001-4413
howard.levine@finnegan.com
sanya.sukduang@finnegan.com
courtney.casp@finnegan.com
jonathan.davies@finnegan.com
cora.hold@finnegan.com

By:  /s/ David E. Moore
     Richard L. Horwitz
     David E. Moore
     Bindu A. Palapura
     POTTER ANDERSON & CORROON LLP
     (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com
     bpalapura@potteranderson.com

1124376 / 40915